# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>v.<br><br>JUAN ALBERTO RAMIREZ,<br>         Defendant. | **NOTICE OF APPEARANCE**<br><br><br><br>Case No:  10 MJ 180 (AJB) |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Katherian D. Roe shall appear as appointed counsel of record for the above named defendant in this case.

Dated:   May 14, 2010

*s/Katherian D. Roe*
Katherian D. Roe
Attorney ID No. 214668
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415